IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02291-CMA-KMT

ALANNAH BLANKS, on behalf of herself and
others similarly situated

      Plaintiff,
v.

MACHOL & JOHANNES, LLC

      Defendant.

**JOINT MOTION FOR ENTRY OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Alannah Blanks ("Blanks") and Defendant, Machol & Johannes, LLC ("Machol"), by and through respective counsel, jointly move the Court for an Order Granting Final Approval of Class Action Settlement, and hereby state:

1.    On May 10, 2019, Plaintiff filed an Unopposed Motion for Final Approval of Class Action Settlement Including Motion for Attorney's Fees and Costs and Payment of Service Award for the Class Representative. [ECF #40].

2.    On May 29, 2019, this Court conducted a fairness hearing (the "Fairness Hearing"), after which the Court entered an Order Granting Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement. [ECF #43].

3.    At the Fairness Hearing, counsel for Defendant informed the Court that the Defendant provided requisite notice of the settlement to the relevant attorneys' general on May 10, 2019. Thus, pursuant to the Class Action Fairness Act, 28 U.S.C. §1715(d), the Court noted

it cannot issue a final approval order earlier than 90 days after notice is served on the relevant federal and state attorneys general.

4.   As of August 19, 2019, which is more than 90 days after the relevant attorneys' general—the Attorney General of the United States and the Attorney General for the State of Colorado—received notice of the settlement, counsel for Defendant has not received any communications from either recipient.

WHEREFORE, Plaintiff Alannah Blanks and Defendant Machol & Johannes, LLC respectfully request that the Court enter an Order Granting Final Approval of the Class Action Settlement.

RESPECTFULLY SUBMITTED this 19th day of August, 2019.

| **TIMMINS LLC** | **CONSUMER JUSTICE CENTER, P.A.** |
|---|---|
| */s/ Alan Schindler* | */s/ Thomas J. Lyons Jr.* |
| Edward P. Timmins | 367 Commerce Court |
| Alan Schindler | Vadnais Heights, MN 55127 |
| 450 East 17th Ave., Suite 210 | Telephone:  651-770-9707 |
| Denver, CO 80203 | Email:  tommy@consumerjusticecenter.com |
| Telephone: 303-592-4500 | |
| Email:  as@timminslaw.com | |
| et@timminslaw.com | |

## CERTIFICATE OF SERVICE

  I hereby certify that, on August 19, 2019, I served a copy of the foregoing via CM/ECF on all parties who have entered an appearance herein.

                */s/Angela Jordan*