IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 18-cv-02291-CMA-KMT

ALANNAH BLANKS, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

MACHOL & JOHANNES, LLC,

    Defendant.

───────────────────────────────────────────────────────────

**ORDER GRANTING FINAL APPROVAL OF CLASS ACTION, GRANTING UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARD, AND DISMISSING CASE WITH PREJUDICE**
───────────────────────────────────────────────────────────

This matter is before the Court on Plaintiff Alannah Blanks' Unopposed Motion for Final Approval of Class Action Settlement and for Attorney's Fees, Costs, and Payment of Service Award for the Class Representative (Doc. # 40) and the parties' Joint Motion for Entry of Final Approval of Class Action Settlement (Doc. # 44). For the reasons set forth in Plaintiff's Unopposed Motion and during the Court's hearing on May 29, 2019, *see* (Doc. 43), the Court finds that the terms of the settlement are fair, reasonable, and adequate. Therefore, the Court ORDERS:

1. **Settlement Classes**: Pursuant to Federal Rule of Civil Procedure 23(b)(3), the Court certifies two classes (the "Settlement Classes," composed of "Class Members"):

a. The "FCRA Settlement Class" includes all Colorado consumers who have had their TransUnion consumer reports/credit scores published in various judicial court actions by Defendant within two years of the date of the filing of this action; and

b. The "FDCPA Settlement Class" includes all Colorado consumers who have had their TransUnion consumer reports/credit scores published in various judicial court actions by Defendant within one year of the date of the filing of this action.

2. **Class Representative and Class Counsel**: The Court finally certifies Plaintiff Alannah Blanks as the Class Representative and Thomas L. Lyons, Jr. as Class Counsel.

3. **Notices**: The form and method for notifying the Class Members of the settlement and its terms and conditions was in conformity with this Court's Order Granting Joint Motion for Preliminary Approval of Class Action Settlement (Doc. # 37) and satisfied the requirements of Fed. R. Civ. P. 23(c)(2)(B) and due process and constituted the best notice practicable under the circumstances. The Court finds that the proposed notices were clearly designed to advise the Class Members of their rights.

4. **Settlement Approval**: The Court finds that the settlement of the lawsuit, on the terms and conditions set forth in the Settlement Agreement (Doc. # 34-1), is in all respects fundamentally fair, reasonable, adequate, and in the best interest of the Class Members, especially in light of the benefits to the Class

Members; the strength of the Plaintiff's case; the complexity, expense, and probable duration of further litigation; the risk and delay inherent in possible appeals; and, the limited amount of any potential total recovery for the class.

   a. The settlement reflected in the Settlement Agreement (*id.*) is APPROVED and made an Order of this Court.
   b. The Settlement Administrator is HEREBY AUTHORIZED to distribute settlement payments to Class Members in accordance with the Settlement Agreement.
   c. This Order is binding on all Class Members, except the individual who requested exclusion from the Settlement Classes.
   d. The Settlement Agreement and this Order are not and shall not be construed as an admission by Defendant of any liability or wrongdoing in this or in any other proceeding.

5. **Release of Claims**: The Class Representative, the Class Members, and their successors and assigns are permanently barred and enjoined from instituting or prosecuting, either individually or as a class, or in any other capacity, any of the Released Claims against any of the Released Parties, as set forth in the Agreement. The Released Claims are compromised, settled, released, discharged, and dismissed with prejudice by virtue of these proceedings and this Order.

6. **Service Award for Class Representative**: The Court APPROVES a service award of $5,000.00 to the Class Representative, Plaintiff Alannah Blanks.

7. **Attorneys' Fees**: The Court APPROVES attorneys' fees of $50,000.00 to be paid to Class Counsel.

8. **Settlement Administrator's Costs**: The Settlement Administrator shall file a motion for costs, if any, no later than fourteen (14) days after the entry of this Order.

9. **Dismissal of Lawsuit**: This lawsuit is hereby DISMISSED WITH PREJUDICE in all respects.

10. The parties' Joint Motion for Entry of Final Approval of Class Action Settlement (Doc. # 44) is GRANTED.


DATED: August 22, 2019

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

4